ACCEPTED
01-13-00549-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 9:58:12 PM
CHRISTOPHER PRINE
CLERK

NO. 01-13-00549-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 9:58:12 PM
CHRISTOPHER A. PRINE
Clerk

EDWARD MOERS AND DANIEL MOERS

*APPELLANTS,*

V.

HARRIS COUNTY APPRAISAL DISTRICT, CHIEF APPRAISER OF THE
HARRIS COUNTY APPRAISAL DISTRICT, JIM ROBINSON, AND
HARRIS COUNTY APPRAISAL REVIEW BOARD

*APPELLEES.*

*APPEAL FROM THE 165TH JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS*

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR EN BANC RECONSIDERATION**

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants, Edward Moers and Daniel Moers, hereby file this their Unopposed Motion to Extend Time to File Motion for En Banc Reconsideration, and would show the Court as follows:

1. Appellants are Edward Moers and Daniel Moers.

1

2. Appellees are the Harris County Appraisal District, the Chief Appraiser of the Harris County Appraisal District, Jim Robinson, and the Harris County Appraisal Review Board.

3. Appellees' counsel were contacted to ascertain whether Appellees oppose the relief requested in this motion. Appellees do not oppose the requested extension.

4. This honorable Court has the authority under Rule 49.8 to extend the time for a party to file a motion for en banc reconsideration. Insofar as the Court's Opinion was issued on June 30, 2015, Appellants' motion for en banc reconsideration is due on July 15, 2015. This motion was e-filed and served before the deadline to file the motion to extend time to file a motion for en banc reconsideration.

5. Appellants request an additional fifteen (15) days to file a motion for en banc reconsideration, extending their deadline to and including Thursday, July 30, 2015. Appellants request the extension because Appellants' counsel was served with the Opinion in the above-referenced appeal on June 30, 2015, and determined that a motion for en banc reconsideration was due on July 15th. At that time, Appellants counsel already had an out-of-state vacation planned from July 7th through July 18, 2015. Those two weeks were designated as part of Appellants' counsel's summer vacation on his Attorney Vacation Schedule Request timely-submitted to the Harris County District Clerk on May 14, 2015.

6. Appellants have not received any prior extension to file their Motion for en banc reconsideration.

7.    An affidavit supporting this motion is not necessary because all of the facts stated herein are within the personal knowledge of the undersigned counsel for Appellants.

WHEREFORE, for these reasons, Appellants Edward Moers and Daniel Moers respectfully request the Court to grant an extension of time to file their motion for en banc reconsideration until and including Thursday, July 30, 2015, and for such other relief which may be granted.

Respectfully submitted,

**G. SCOTT WILLIAMS**
Texas Bar No. 21536950
1811 Bering Drive, Suite 120
Houston, Texas 77057
Telephone: (713) 553-3054
Facsimile: (713) 626-4545
e-mail: gswms@hotmail.com

**ATTORNEY FOR APPELLANTS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted Appellees' counsel to ascertain whether Appellees oppose the relief requested by this motion. Appellees do not oppose the requested extension.

**G. SCOTT WILLIAMS**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record for Appellees on this 7th day of July, 2015 in accordance with the Texas Rules of Civil and Appellate Procedure in the manner indicated below:

Eric C. Farrar
Olson & Olson, L.L.P.
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Facsimile: (713) 533-3888
**e-mail: EFarrar@olsonllp.com**

Gene E. Gundersen
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Facsimile: (713) 755-8924
**e-mail: gene.gunderson@cao.hctx.net**

_____
**G. SCOTT WILLIAMS**